1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16

| | | |
|---|---|---|
| ROBERT LEWIS, | ) | 1:11-cv-01415 LJO SKO |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING APPLICATION TO |
| v. | ) | PROCEED IN FORMA PAUPERIS |
| | ) | |
| CITY OF FRESNO, et al., | ) | (Document 2) |
| Defendants. | ) | |
| | ) | |
| | ) | |

17
18  By application filed on August 22, 2011, Plaintiff has requested leave to proceed in forma
19  pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted an application that makes the
20  showing required by § 1915 (a).  Accordingly, the request to proceed in forma pauperis is
21  GRANTED.  28 U.S.C. § 1915 (a).
22
23  IT IS SO ORDERED.
24  **Dated:    August 26, 2011**              /s/ **Sheila K. Oberto**
25                                   UNITED STATES MAGISTRATE JUDGE
26
27
28                                    1