1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEWIS,                        )<br>                                                  )<br>              Plaintiff,                      )<br>                                                  )<br>      v.                                          )<br>                                                  )<br>CITY OF FRESNO, et al.,            )<br>                                                  )<br>              Defendants.                  )<br>                                                  )<br>_____) | 1:11-cv-01415 LJO SKO<br><br>ORDER GRANTING APPLICATION TO<br>PROCEED IN FORMA PAUPERIS<br><br>(Document 2) |

     By application filed on August 22, 2011, Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted an application that makes the showing required by § 1915 (a).  Accordingly, the request to proceed in forma pauperis is GRANTED.  28 U.S.C. § 1915 (a).

IT IS SO ORDERED.

**Dated:     August 26, 2011**                         /s/ Sheila K. Oberto
                                                          UNITED STATES MAGISTRATE JUDGE

1