UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEWIS, | CASE NO. 1:11-cv-01415-LJO-SKO |
| Plaintiff, | |
| v. | **ORDER VACATING SCHEDULING CONFERENCE** |
| CITY OF FRESNO, et al., | |
| Defendants. | |

Plaintiff is proceeding *in propria persona* and *in forma pauperis* against Defendants City of Fresno, City of Fresno Police Department, and Police Officer Catton pursuant to 42 U.S.C. § 1983. A scheduling conference has been set for December 1, 2011.

However, due to Plaintiff's *in forma pauperis* status, the complaint will be screened by the Court pursuant to 28 U.S.C. § 1915(e). Thus, the scheduling conference set for December 1, 2011, is VACATED to allow for this screening. Plaintiff does not need to appear on December 1, 2011.

IT IS SO ORDERED.

**Dated:   November 16, 2011**          **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE