1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

11  ROBERT LEWIS,                                   CASE NO. 1:11-cv-01415-LJO-SKO

12              Plaintiff,                          **ORDER GRANTING PLAINTIFF'S**
                                                    **MOTION FOR AN EXTENSION OF**
13      v.                                          **TIME**

14  CITY OF FRESNO, et al.,

15                                                  (Docket No. 9)

16              Defendants.
                                          /
17

18          On December 20, 2011, the Court screened Plaintiff's complaint pursuant to 28 U.S.C.

19  § 1915(e)(2).  The Court determined that Plaintiff had stated one cognizable claim for excessive

20  force in violation of the Fourth Amendment against Officer Canton.  Plaintiff did not, however, state

21  cognizable claims under Section 1983 against Defendants Fresno Police Department or the City of

22  Fresno.  The Court informed Plaintiff that he could either file an amended complaint or inform the

23  Court of his willingness to proceed *only* on the claim found cognizable.  (Doc. 8, 8:2-5.)  The Court

24  further informed Plaintiff that if he failed to either state his willingness to proceed with the

25  cognizable claim or file an amended complaint, the Court would recommend dismissal of all of the

26  claims with the exception of the excessive-force claim.  (Doc. 8, 8:6-8.)

27          On January 18, 2012, Plaintiff filed a motion requesting an extension of 30 to 90 days to

28  either file a statement informing the Court of his willingness to proceed only on the claim found

1  cognizable or file an amended complaint. (Doc. 9.)  Plaintiff indicated that he was "requesting a pro

2  bono legal advisor because [he] cannot afford a lawyer."  (Doc. 9, p. 1.)[1]

3        Accordingly, IT IS HEREBY ORDERED that:

4        1.    Plaintiff's motion for an extension of time is GRANTED;

5        2.    Plaintiff shall file **either** a statement of his willingness to proceed on the cognizable

6              claim **or** an amended complaint **on or before March 5, 2012**;

7        3.    No further extensions of time shall be granted absent a showing of truly good cause;

8              and

9        4.    If Plaintiff fails to file either a statement of his willingness to proceed on the claim

10             found cognizable or an amended complaint on or before March 5, 2012, the Court

11             will recommend that all claims except the cognizable claim be dismissed with

12             prejudice.

13

14 IT IS SO ORDERED.

15 **Dated:    January 24, 2012**                    **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE

16

---

[1] To the extent that Plaintiff is requesting appointment of counsel, he must file a motion seeking appointment of counsel.

2