# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEWIS, | CASE NO. 1:11-cv-01415-LJO-SKO |
| Plaintiff, | **ORDER THAT THE CLERK OF COURT PROVIDED PLAINTIFF USM-285 FORM DOCUMENTS** |
| v. | |
| CITY OF FRESNO, et al., | **ORDER THAT PLAINTIFF COMPLETE AND SUBMIT USM-285 FORM DOCUMENTS FOR SERVICE OF PROCESS BY THE U.S. MARSHAL** |
| Defendants.                              / | |

Plaintiff proceeds *in forma pauperis* and *in pro se* in this action pursuant to 42 U.S.C. § 1983 against Defendant Police Officer Catton for events surrounding his arrest. Plaintiff's claim against Defendant Catton for alleged excessive use of force has been found cognizable and appropriate for service by the U.S. Marshal. (Docs. 8, 11.) However, Plaintiff's remaining claims against Defendant Catton and his claims against the City of Fresno and the Fresno Police Department have been dismissed. (Doc. 11.)

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to send Plaintiff one USM-285 form, one summons, an instruction sheet, a notice of submission of documents form, and one copy of the complaint filed on August 22, 2011;

2. Within thirty (30) days from the date of service of this order, Plaintiff is DIRECTED to complete the attached notice of submission of documents and to submit the completed notice to the court with the following documents:

    a. A completed summons;

    b. One completed USM-285 form for the defendant listed above;

    c. Two copies of the endorsed complaint filed in this Court;

    d. Plaintiff need not attempt service on defendant; and

3. Service upon Defendant Catton is appropriate when service documents are submitted to the Court and forwarded to the United States Marshal.

IT IS SO ORDERED.

**Dated:    April 6, 2012**                                    /s/ Sheila K. Oberto
                                                     UNITED STATES MAGISTRATE JUDGE