# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEWIS, | CASE NO. 1:11-cv-01415-LJO-SKO |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE RECOMMENDED FOR DISMISSAL** |
| v. | |
| CITY OF FRESNO, et al., | |
| Defendants. / | |

Plaintiff proceeds *in forma pauperis* and *in pro se* in this action pursuant to 42 U.S.C. § 1983 against Defendant Police Officer Catton for events surrounding his arrest. One of Plaintiff's claims against Officer Catton was found to be cognizable (Doc. 11), and on April 9, 2012, the Court provided Plaintiff with appropriate service documents. (Doc. 12.) Within 30 days, Plaintiff was required to complete the forms for service and return the documents to the Court. Plaintiff has failed to complete the service documents as ordered.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 14 days from the date of this order, Plaintiff shall file a statement showing cause why this action should not be dismissed for failure to comply with the Court's order; **or**

2. Within 14 days from the date of this order, Plaintiff shall file the completed service documents; and

3. Failure to respond or otherwise comply with this order will result in a recommendation that this matter be dismissed.

IT IS SO ORDERED.

Dated:   **August 24, 2012**              /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE