# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEWIS, | CASE NO. 1:11-cv-01415-LJO-SKO |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| CITY OF FRESNO, et al., | |
| Defendants. / | |

Plaintiff proceeds *in forma pauperis* and *in pro se* in this action pursuant to 42 U.S.C. § 1983 against Defendant Police Officer Catton for events surrounding his arrest. One of Plaintiff's claims was found to be cognizable, and on April 9, 2012, the Court provided Plaintiff with appropriate service documents and ordered that, within 30 days, Plaintiff complete the forms and return them to the Court. Plaintiff failed to complete the service documents as ordered.

On August 24, 2012, the Court ordered Plaintiff to show cause why his case should not be recommended for dismissal for failing to comply with the Court's April 9, 2012, order **or** to file the service documents as ordered. (Doc. 13.) On September 7, 2012, Plaintiff submitted the necessary service documents. (Doc. 14.) On September 10, 2012, Plaintiff also filed a declaration stating that he had been seeking counsel to represent him and did not understand that the service documents needed to be completed and returned to the Court. (Doc. 15, ¶¶ 3-4.)

1 | As Plaintiff has filed the service documents and has provided an explanation why he failed
2 | to comply with the April 9, 2012, order, IT IS HEREBY ORDERED that the Court's August 24,
3 | 2012, Order to Show Cause is DISCHARGED.

5 | IT IS SO ORDERED.

6 | **Dated:   September 17, 2012**                    /s/ Sheila K. Oberto
                                                      UNITED STATES MAGISTRATE JUDGE