**FILED**

DEC 2 4 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEWIS, | CASE NO. 1:11-CV-01415 LJO SKO |
| Plaintiff, | |
| vs. | ORDER TO SEAL |
| CITY OF FRESNO, et al., | |
| Defendants. | |

The Clerk of the Court is hereby ordered to seal the plaintiff's fax regarding medical records from the Family Health Center of San Francisco General Hospital. The Court issued an Order on 12/13/2013 (Doc. 35)

IT IS SO ORDERED.

Dated: 12-24-13

HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

1